**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DIANE C. DECONTI,

              Plaintiff,

-vs-                                                      Case No. 2:10-cv-475-FtM-29SPC

JUDGE VINCE MURPHY,

              Defendant.
_____

## ORDER

This matter comes before the Court on Plaintiff's Motion to Proceed In Forma Pauperis in the United States District Court for the Middle District of Florida (Doc. #9) filed on August 11, 2010, and the Motion to Hold C.M.R. Meeting and All Meetings in The Naples Area (Doc. #10) filed on August 11, 2010.

The Plaintiff moves to proceed *in forma pauperis* in this matter. The Court has previously taken under advisement the Plaintiff's previous Motion to Proceed In Forma Pauperis (Doc, #2) filed July 30, 2010, and prepared a Report and Recommendation (Doc. #8) filed on August 6, 2010 addressing the issue. The District Court will rule on the Report and Recommendation in due course. Therefore, the Plaintiff's second Motion to Proceed In Forma Pauperis will be denied without prejudice.

The Plaintiff also moves the Court to allow her to meet all parties in the Naples area to conduct the Case Management Conference. This Motion is premature given the posture of the case. Therefore, it will be denied without prejudice to be re-filed at a later date if appropriate.

Accordingly, it is now

**ORDERED:**

(1)   Plaintiff's Motion to Proceed In Forma Pauperis in the United States District Court for the Middle District of Florida (Doc. #9) is **DENIED** without prejudice.

(2)   Plaintiff's Motion to Hold C.M.R. Meeting and All Meetings in The Naples Area (Doc. #10) is **DENIED** without prejudice.

**DONE AND ORDERED** at Fort Myers, Florida, this ___16th___ day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record